**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1725**

_____

CARMEN NORA TOMEY,

             Plaintiff - Appellant,

       and

MARK STEVEN TOMEY, SR.,

             Plaintiff,

             v.

BALTIMORE  COUNTY  GOVERNMENT  (Executive  Office,  Social
Services,  Zoning,  Police  Department);  LIEUTENANT  MCGRAW;
OFFICER JEDNORSKI; OFFICER SABOTKA,

             Defendants - Appellees,

       and

DREW  GOEB,  Baltimore  County  Department  of  Social  Services;
REBECCA DANIELS, Code Enforcement,

             Defendants.

_____

Appeal from the United States District Court for the District of
Maryland,  at Baltimore.   Benson  Everett  Legg,  District Judge.
(1:09-cv-00390-BEL)

_____

Submitted:  January 20, 2012          Decided:  February 8, 2012

_____

Before SHEDD, DAVIS, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

———————————

Carmen Nora Tomey, Appellant Pro Se.  Adam Matthew Rosenblatt, Associate Solicitor, Towson, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carmen Nora Tomey seeks to appeal the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Tomey v. Baltimore Cnty. Gov't, No. 1:09-cv-00390-BEL (D. Md. June 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED